■ In the Matter of PATRICIA BURZYNSKI, Respondent, v CHRISTOPHER VALLESE, Appellant. In the Matter of CHRISTOPHER VALLESE, Appellant, v PATRICIA BURZYNSKI, Respondent. (Appeal No. 2.) [625 NYS2d 961] —Order unanimously affirmed with costs. Same Memorandum as in *Matter of Burzynski v Vallese* (213 AD2d 1047 [decided herewith]). (Appeal from Order of Erie County Family Court, O'Donnell, J.— Counsel Fees.) Present—Green, J. P., Wesley, Callahan, Doerr and Davis, JJ.

■ In the Matter of PATRICIA BURZYNSKI, Respondent, v CHRISTOPHER VALLESE, Appellant. (Appeal No. 3.) [625 NYS2d 961] —Order unanimously affirmed with costs. Same Memorandum as in *Matter of Burzynski v Vallese* (213 AD2d 1047 [decided herewith]). (Appeal from Order of Erie County Family Court, Dillon, J.—Counsel Fees.) Present—Green, J. P., Wesley, Callahan, Doerr and Davis, JJ.